BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1961

No. 66076.—Service Cycle Supply Corporation *v.* United States, protest 60/11340 (A) (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 66077.—Beck Distributing Corp. and Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 60/29127 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 66078.—Pacon Machines Corporation *v.* United States, protest 60/30176 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.